## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RUTH ELIZABETH BROOKS** : | |
| : | **Civil Action No. 06-3241 (JLL)** |
| : | |
| **Plaintiff(s),** : | **ORDER** |
| **v.** : | |
| : | |
| **CSX TRANSPORTATION, ET AL.** : | |
| : | |
| **Defendant(s).** : | |
| : | |

IT IS on this 9th day of April, 2009

ORDERED that there shall be a telephone status/settlement conference before the Undersigned on **April 13, 2009 at 12:00 p.m.**  Plaintiff shall initiate the call.


  *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**